UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DR. RICHARD BASSIN,                              :

          Plaintiff,     :     Civil Action
                        :     No. 05-10134-GAO

   v.                                          :

PRAECIS PHARMACEUTICALS, INC.,
MALCOLM L. GEFTER, Ph.D., KEVIN F.           :
MCLAUGHLIN, EDWARD C. ENGLISH and
WILLIAM K. HEIDEN,                           :

         Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for defendants PRAECIS PHARMACEUTICALS INCORPORATED, Malcolm L. Gefter, Ph.D., Kevin F. McLaughlin, Edward C. English and William K. Heiden in the above-captioned action.

Dated: February 8, 2005            Respectfully submitted,
       Boston, Massachusetts
                                                /s/ James R. Carroll
                                                James R. Carroll (BBO #554426)
                                                Matthew J. Matule (BBO #632075)
                                                Michael S. Hines (BBO #653943)
                                                SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP
                                                One Beacon Street
                                                Boston, Massachusetts 02108
                                                (617) 573-4800

                                                Counsel for Defendants