UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
DR. RICHARD BASSIN,                         :
                    Plaintiff,              :     Civil Action
                                            :     No. 05-10134-GAO
       v.                                   :
                                            :
PRAECIS PHARMACEUTICALS, INC.,              :
MALCOLM L. GEFTER, Ph.D., KEVIN F.          :
MCLAUGHLIN, EDWARD C. ENGLISH and           :
WILLIAM K. HEIDEN,                          :
                                            :
                    Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**JOINT STIPULATION AND ORDER**
**EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff and defendants, by their respective counsel, hereby stipulate and agree to extend the time within which the defendants must answer, move, or otherwise respond to the complaint in this action until 60 days after the later of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a, et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (Public Law No. 104-67), or (b) the date on which a consolidated amended complaint, if any, is served upon the defendants, either pursuant to a Court order issued in connection with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiffs in this action and the plaintiffs in any other action which is filed in this Court and which asserts claims similar to those alleged in the above-captioned action.

The parties jointly respectfully request that the Court approve the foregoing stipulation.

| | |
|---|---|
| Dated: February 8, 2005<br>       Boston, Massachusetts | Respectfully submitted, |

| | |
|---|---|
| /s/ Theodore M. Hess-Mahn<br>Thomas G. Shapiro (BBO #454680)<br>Theodore M. Hess-Mahan (BBO #557109)<br>SHAPIRO HABER & URMY LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>(617) 439-3939<br><br>Of Counsel:<br><br>Samuel H. Rudman<br>David A. Rosenfield<br>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>200 Broadhollow Road, Suite 406<br>Melville, New York 11747<br>(631) 367-7100<br><br>William S. Lerach<br>Darren J. Robbins<br>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>401 B Street, Suite 1600<br>San Diego, California 92101<br>(619) 231-1058<br><br>Counsel for<br>Dr. Richard Bassin | /s/ James R. Carroll<br>James R. Carroll (BBO #554426)<br>Matthew J. Matule (BBO #632075)<br>Michael S. Hines (BBO #653943)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for<br>PRAECIS PHARMACEUTICALS<br>INCORPORATED, Malcolm L. Gefter,<br>Ph.D., Kevin F. McLaughlin, Edward C.<br>English and William K. Heiden |

SO ORDERED:

Dated: _____          _____
                                                                      George A. O'Toole
                                                                       United States District Judge