UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
DR. RICHARD BASSIN,                   :
        Plaintiff,                :   Civil Action
                                  :   No. 05-10134-GAO
  v.                                  :
PRAECIS PHARMACEUTICALS, INC.,        :
MALCOLM L. GEFTER, Ph.D., KEVIN F.
MCLAUGHLIN, EDWARD C. ENGLISH and     :
WILLIAM K. HEIDEN,                    :
        Defendants.               :
------------------------------------- x

**CORPORATE DISCLOSURE STATEMENT**
**OF PRAECIS PHARMACEUTICALS INCORPORATED**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, PRAECIS PHARMACEUTICALS INCORPORATED hereby submits the following corporate disclosure statement:

> PRAECIS PHARMACEUTICALS INCORPORATED, a Delaware corporation, has no parent corporation and no publicly held company owns more than 10% of its stock.

Dated: February 8, 2005          Respectfully submitted,
      Boston, Massachusetts

                                                        /s/ James R. Carroll
                                                   James R. Carroll (BBO #554426)
                                                   Matthew J. Matule (BBO #632075)
                                                   Michael S. Hines (BBO #653943)
                                                   SKADDEN, ARPS, SLATE,
                                                    MEAGHER & FLOM LLP
                                                   One Beacon Street
                                                   Boston, Massachusetts 02108
                                                   (617) 573-4800

                                                   Counsel for Defendants