UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DR. RICHARD BASSIN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 05-cv-10134 GAO |
| Plaintiff, | ) ) ) ) | CLASS ACTION<br><br>NOTICE OF CHANGE OF FIRM ADDRE |
| vs. | ) ) | |
| PRAECIS PHARMACEUTICALS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective September 26, 2005, Lerach Coughlin Stoia Geller Rudman & Robbins LLP will have relocated its San Diego office as shown below:

>  LERACH COUGHLIN STOIA GELLER
>  RUDMAN & ROBBINS LLP
>  655 West Broadway, Suite 1900
>  San Diego, CA 92101
>  Telephone: 619/231-1058
>  619/231-7423 (fax)

DATED: September 16, 2005

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO BBO #454680
THEODORE M. HESS MAHAN BBO #55710
53 State Street
Boston, MA 02109
Telephone: 617/439-3939
617/439-0134 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS

/s/ William S. Lerach
WILLIAM S. LERACH

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United Sta and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, S Diego, California 92101.

2. That on September 16, 2005, declarant served the NOTICE OF CHANGE OF FIR ADDRESS by depositing a true copy thereof in a United States mailbox at San Diego, California a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on t attached Service List.

3. That there is a regular communication by mail between the place of mailing and t places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed September 16, 2005, at San Diego, California.

_____
HILLARY DEMAG

PRAECIS PHARMACEUTICALS
Service List - 9/10/2005   (05-0015)
Page 1 of 1

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423(Fax)

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA  02109
   617/439-3939
   617/439-0134(Fax)